1
2
3
4
5
6            **IN THE UNITED STATES DISTRICT COURT**
7              **FOR THE DISTRICT OF ARIZONA**
8
9    Daniel Barraza,                              No. CV-23-02436-PHX-KML (ASB)
10                  Plaintiff,                     **ORDER**
11   v.
12   City of Mesa, et al.,
13                  Defendants.
14
15          Pursuant to the parties' stipulation,
16          **IT IS ORDERED** the Stipulation of Dismissal (Doc. 53) is **GRANTED**. All of
17   plaintiff's claims against all defendants are **DISMISSED WITH PREJUDICE**, each
18   party to bear its own attorneys' fees and costs. The Clerk of Court shall close this case.
19          Dated this 2nd day of April, 2025.
20
21
22                                          _____
23                                             Honorable Krissa M. Lanham
                                                United States District Judge
24
25
26
27
28